# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff(s), ) <br> vs. ) <br> John V. Wigglesworth, ) <br> Defendant(s). ) | NO. CR 08-1376-FRZ-JJM <br><br> ORDER |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Reconsider Motion to Suppress and Request for Franks Hearing (Doc. 178); Motion to Preclude Nicole Thomas from Testifying at Trial (Conflict of Interest) (Doc. 179); Motion to Sever Count VI (Doc. 180); and Motion to Dismiss Counts Two, Three and Four of the Indictment (Multiplicity) (Doc. 181).

On June 3, 2010 and July 6, 2010, Magistrate Judge Jacqueline Marshall conducted hearings and on July 12, 2010 issued her Report and Recommendation. (Doc 240) A copy was sent to all parties. On July 21, 2010, Defendant filed his Objection to Report and Recommendation. (Doc. 251) On August 4, 2010, the Plaintiff filed their Response to Defendant's Objections. (Doc. 265)

The Court, having made an independent review of the record herein, orders as follows:

1    IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation is
2 ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law
3 in this matter.
4    IT IS FURTHER ORDERED that the Motion to Reconsider Motion to Suppress is
5 DENIED. (Doc. 178)
6    IT IS FURTHER ORDERED that the Motion to Preclude Nicole Thomas From
7 Testifying at Trial (Conflict of Interest) is DENIED. (Doc. 179)
8    IT IS FURTHER ORDERED that the Motion to Sever Count VI (Doc. 180) will
9 be kept under advisement pending the hearing on Defendant's Objection to the
10 Government's Notice of FRE 404(b) Evidence.
11    IT IS FURTHER ORDERED that the Motion to Dismiss Counts Two, Three and
12 Four of the Indictment (Multiplicity) (Doc. 181) is DENIED.
13    DATED this 27th day of August, 2010.

_____
Frank R. Zapata
Senior United States District Judge