**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-08-01376-001-TUC-RM (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| John Vincent Wigglesworth, | |
| Defendant. | |

Pending before the Court is Defendant John Vincent Wigglesworth's Motion for Modification of Sentence and Motion for Appointment of Counsel. (Doc. 351.) Defendant moves for (1) early termination of his sentence of supervised release and (2) the appointment of Steven P. Sherick as counsel under the Criminal Justice Act, *nunc pro tunc* as of April 20, 2022. (*Id.*)

On October 4, 2010, Defendant pled guilty to Counts One and Five of the Indictment, Possession with Intent to Distribute Cocaine Base and Possession of a Firearm in Furtherance of a Drug Trafficking Offense. (Docs. 308, 332.) On February 8, 2011, Defendant was sentenced to consecutive sentences of 120 months and 60 months imprisonment, with credit for 849 days time-served, followed by a five-year term of supervised release. (Doc. 332; Doc. 351 at 2.)

On November 3, 2020, the Court granted Defendant's Emergency Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1) and re-sentenced Defendant to

time-served, followed by supervised release under the conditions set forth in the Amended Judgment. (Doc. 349; *see also* Doc. 332.)

Defendant now moves for early termination of his term of supervised release. (Doc. 351.) Defendant avers that he has complied with all conditions imposed by the Court, including reporting to his probation officer, paying off his financial obligations, and living as a law-abiding citizen. (*Id*.) Defendant has obtained and maintained employment while on supervised release, starting with working for six months at Mama's Hawaiian BBQ. (*Id*.) He then obtained seasonal employment with Amazon, which progressed to full-time employment. (*Id*.) He has now been working at Amazon for over one year and the company recently enabled him to receive training from Southwest Trucking to obtain his commercial driver's license ("CDL") so that he can work as a driver. (*Id*.) Defendant completed 160 hours of driver's training and received his CDL on July 7, 2022. (*Id*.) In support of his Motion, Defendant provided his one-year anniversary badge from Amazon and a certificate of completion of driver's training, as well as two letters from long-time friends. (Docs. 351-1, 351-2, 351-3.)

Defendant's probation officer does not object to the request for early termination (Doc. 351 at 3), and the Government has not filed a Response opposing the Motion. *See* LRCiv 7.2(c).

18 U.S.C. § 3583(e)(1) provides that the Court may, after considering the factors set forth in 18 U.S.C. § 3553(a):

> terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]

18 U.S.C. § 3583(e)(1); *see also* 18 U.S.C. § 3564(c); Fed. R. Crim. P. 32.1(c)

Defendant has served over one year of supervised release. (Doc. 349.) Having considered the factors set forth in 18 U.S.C. § 3553(a), including the nature and

circumstances of the offense, the history and characteristics of the Defendant, the need for the sentence imposed, and the kinds of sentences available and established for the offenses committed, the Court finds that early termination is warranted by Defendant's conduct—including complying with all conditions of release and maintaining employment—and is in the interest of justice.

Accordingly,

**IT IS ORDERED** that the Motion for Modification of Sentence and Motion for Appointment of Counsel (Doc. 351) is **granted**. Defendant's term of supervised release is hereby terminated, and he is released from all conditions of supervision.

**IT IS FURTHER ORDERED** that Steven P. Sherick is appointed as counsel under the Criminal Justice Act, *nunc pro tunc* as of April 20, 2022.

Dated this 2nd day of August, 2022.

_____
Honorable Rosemary Márquez
United States District Judge